No. 645. IRVING TRUST CO., RECEIVER, *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Gale* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John H. McEvers* for the United States.

No. 646. SEWARD NATIONAL BANK *v.* FIERMAN, TRUSTEE IN BANKRUPTCY. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic L. Clark* for petitioner. *Mr. David W. Kahn* for respondent.

No. 647. TITLE INSURANCE & TRUST CO., EXECUTOR, *v.* GOODCELL, COLLECTOR OF INTERNAL REVENUE. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Carey Van Fleet* and *Lloyd M. Robbins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *J. P. Jackson* for respondent.

No. 651. JAMES *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Clyde W. Mays* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 655. VIRGINIA ET AL. *v.* APPALACHIAN ELECTRIC POWER CO. (OF VIRGINIA). March 4, 1933. Petition for writ of certiorari to the Supreme Court of Appeals of